Michael S. Agruss
SBN: 259567
AGRUSS LAW FIRM, LLC
4809 N. Ravenswood Ave., Suite 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,
MICHAEL NANTO

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**SAN DIEGO DIVISION**

| | |
|---|---|
| MICHAEL NANTO,<br><br>  Plaintiff,<br><br>  v.<br><br>JPL RECOVERY SOLUTIONS, LLC,<br><br>  Defendant. | **Case No.: 3:18-cv-01632-W-KSC** |

**NOTICE OF SETTLEMENT**

Plaintiff, MICHAEL NANTO, ("Plaintiff"), through his attorney, Agruss Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

RESPECTFULLY SUBMITTED,

DATED:  August 22, 2018    AGRUSS LAW FIRM, LLC

By:/s/  Michael S. Agruss
    Michael S. Agruss
    Attorney for Plaintiff
    MICHAEL NANTO

1

## **CERTIFICATE OF SERVICE**

On August 22, 2018, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Richard C. Slisz, at rcs@sliszlaw.com.