Michael S. Agruss
SBN: 259567
AGRUSS LAW FIRM, LLC
4809 N. Ravenswood Ave., Suite 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,
MICHAEL NANTO

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**SAN DIEGO DIVISION**

MICHAEL NANTO,

    Plaintiff,

v.

JPL RECOVERY SOLUTIONS, LLC,

    Defendant.

**Case No.: 3:18-cv-01632-W-KSC**

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, MICHAEL NANTO, ("Plaintiff"), through his attorney, Agruss Law Firm, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, JPL RECOVERY SOLUTIONS, LLC.

[INTENTIONALLY LEFT BLANK]

1

RESPECTFULLY SUBMITTED,

DATED: September 28, 2018        AGRUSS LAW FIRM, LLC

By:/s/  Michael S. Agruss
    Michael S. Agruss
    Attorney for Plaintiff
    MICHAEL NANTO

## **CERTIFICATE OF SERVICE**

On September 28, 2018, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Voluntary Dismissal to Defense Counsel, Richard C. Slisz, at rcs@sliszlaw.com.